```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 04798
   JAMES P BARKER
   LORRA A BARKER                               CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-9257      SSN XXX-XX-1783

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 03/19/2007 and was confirmed 05/24/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 01/17/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
AAMES HOME LOAN          CURRENT MORTG           .00            .00           .00
AAMES HOME LOAN          MORTGAGE ARRE        377.78            .00        377.78
CITY OF CHICAGO WATER DE SECURED              511.00            .00         59.64
COOK COUNTY TREASURER    SECURED                 .00            .00           .00
IL STATE DISBURSEMENT UN PRIORITY         NOT FILED             .00           .00
ILLINOIS DEPT OF REVENUE PRIORITY            1753.80            .00           .00
ADT SECURITY SYSTEMS     UNSECURED        NOT FILED             .00           .00
ALLIANCE HEALTHCARD      UNSECURED        NOT FILED             .00           .00
SBC                      UNSECURED            666.70            .00           .00
BANKCARD SERVICES        UNSECURED        NOT FILED             .00           .00
SPRINT PCS               UNSECURED            800.81            .00           .00
CAPITAL ONE              UNSECURED           2452.51            .00           .00
CAPITAL ONE              UNSECURED           1970.79            .00           .00
ST BERNARDS EMERGENCY SV UNSECURED        NOT FILED             .00           .00
CERTEGY PAYMENT RECOVERY UNSECURED        NOT FILED             .00           .00
CHARLENE HAYMON BUSSELL  UNSECURED        NOT FILED             .00           .00
CITY OF CHICAGO PARKING  UNSECURED            280.00            .00           .00
COMMONWEALTH EDISON      UNSECURED           1565.59            .00           .00
CREDIT COLLECTION SERVIC UNSECURED        NOT FILED             .00           .00
CREDIT MANAGEMENT SERVIC UNSECURED        NOT FILED             .00           .00
SPRINT PCS               UNSECURED        NOT FILED             .00           .00
FARMER INSURANCE         UNSECURED        NOT FILED             .00           .00
FIRST NATIONAL COLLECTIO UNSECURED        NOT FILED             .00           .00
FORD MOTOR CREDIT        UNSECURED          16240.32            .00           .00
TCF NATIONAL BANK        UNSECURED        NOT FILED             .00           .00
PEOPLES GAS              UNSECURED        NOT FILED             .00           .00
COMMONWEALTH EDISON      UNSECURED        NOT FILED             .00           .00
CITY OF CHICAGO          UNSECURED        NOT FILED             .00           .00
HSBC NV                  UNSECURED        NOT FILED             .00           .00
INTERNET LISTING SERVICE UNSECURED        NOT FILED             .00           .00
NATIONAL CITY            UNSECURED           1626.27            .00           .00
KV KARACHORL MD          UNSECURED        NOT FILED             .00           .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 04798 JAMES P BARKER & LORRA A BARKER
```

```
JEFFERSON CAPITAL SYSTEM  UNSECURED      1141.55              .00              .00
LYNETTA BERY              UNSECURED    NOT FILED              .00              .00
M3 FINANCIAL SERVICES IN  UNSECURED      2651.20              .00              .00
VERIZON                   UNSECURED    NOT FILED              .00              .00
NEXTEL                    UNSECURED    NOT FILED              .00              .00
SPRINT                    UNSECURED    NOT FILED              .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED    NOT FILED              .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED      5555.11              .00              .00
TCF BANK                  UNSECURED    NOT FILED              .00              .00
TCF BANK                  UNSECURED    NOT FILED              .00              .00
RJM ACQUISITIONS          UNSECURED    NOT FILED              .00              .00
SOUND & SPIRIT            UNSECURED    NOT FILED              .00              .00
T MOBILE                  UNSECURED    NOT FILED              .00              .00
ECMC                      UNSECURED      1112.96              .00              .00
UNIVERSITY OF CHICAGO     UNSECURED    NOT FILED              .00              .00
TARGET                    UNSECURED    NOT FILED              .00              .00
U STORE IT                UNSECURED    NOT FILED              .00              .00
UNITED COLLECTION BUREAU  UNSECURED    NOT FILED              .00              .00
NETZERO                   UNSECURED    NOT FILED              .00              .00
VANRU CREDIT              UNSECURED    NOT FILED              .00              .00
WOW INTERNET AND CABLE    UNSECURED    NOT FILED              .00              .00
CERTEGY                   UNSECURED    NOT FILED              .00              .00
ILLINOIS DEPT OF REVENUE  UNSECURED       304.20              .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY   2,254.00                          2,254.00
TOM VAUGHN                TRUSTEE                                           182.58
DEBTOR REFUND             REFUND                                                .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                2,874.00

PRIORITY                                            .00
SECURED                                          437.42
UNSECURED                                           .00
ADMINISTRATIVE                                 2,254.00
TRUSTEE COMPENSATION                             182.58
DEBTOR REFUND                                       .00
                     ---------------    ---------------
TOTALS                 2,874.00                2,874.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

| | |
|---|---|
| Dated: 04/23/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |